## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| KAMIL KNAP and EPA USA, *Inc.* | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 6:23-cv-00564 |
| | § | |
| R2P INVEST PTE.LTD., VIKTOR | § | |
| DOKUCAJEV, and LUBOS ZOVINEC, | § | |
|     Defendants. | § | |

---

### ORDER GRANTING PLAINTIFFS' MOTION TO STAY

---

Before the Court is Plaintiffs' Motion to Stay Proceedings. After consideration, the Court

**GRANTS** Plaintiffs' Motion to Stay.